**5:13–cv–867–OLG–HJB**

# EXHIBIT C

**PLAINTIFF'S RESPONSE TO DEFENDANTS ERMA AND GERALD WEBB'S
"MOTION FOR PARTIAL SUMMARY JUDGMENT"**

## <u>FILED UNDER SEAL</u>