5:13–cv–867–OLG–HJB

# EXHIBIT D

**PLAINTIFF'S RESPONSE TO DEFENDANTS ERMA AND GERALD WEBB'S "MOTION FOR PARTIAL SUMMARY JUDGMENT"**

**FILED UNDER SEAL**