UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 0 6 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| DEAF INTERPRETER SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:13-867-RCL |
| WEBBCO ENTERPRISES, L.L.C., *etc.*, | ) |
| Defendant. | ) |

## VERDICT FORM

1. Do you find by a preponderance of the evidence that "Deaf Interpreter Services" is a generic term?

   Answer: "Yes" or "No": _yes_

   **If you answered "Yes" to question 1, answer no further questions. Turn to the next page and sign and date this verdict. Otherwise, proceed to question 2.**

2. Do you find by a preponderance of the evidence that "Deaf Interpreter Services" has acquired secondary meaning?

   Answer: "Yes" or "No": _____

   **If you answered "No" to question 2, answer no further questions. Turn to the next page and sign and date this verdict. Otherwise, proceed to question 3.**

3. Do you find from a preponderance of the evidence that plaintiff has proved its claim of unfair competition against defendant Webbco Enterprises, L.L.C.?

   Answer: "Yes" or "No": _____

   **If you answered "No" to question 3, answer no further questions. Turn to the next page and sign and date this verdict. Otherwise, proceed to question 4.**

4. Do you find from a preponderance of the evidence that defendant Webbco Enterprises, L.L.C. used the term "Deaf Interpreter Services" fairly and in good faith?

Answer: "Yes" or "No": _____

**If you answered "Yes" to question 4, answer no further questions. Sign and date this verdict at the bottom of the page. Otherwise, proceed to question 5.**

5. Do you find from a preponderance of the evidence that defendant Webbco made a profit as a result of the unfair competition you found in response to question 3?

Answer: "Yes" or "No": _____

**If you answered "No" to question 5, answer no further questions. Sign and date this verdict at the bottom of the page. Otherwise, proceed to question 6.**

6. What amount of defendant Webbco's profits do you find from a preponderance of the evidence resulted from the unfair competition you found in response to question 3?

Answer in dollars and cents: _____

SO SAY WE ALL.

_____
FOREPERSON

DATE: 3.6.15