UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEAF INTERPRETER SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:13-867-RCL |
| ) | |
| WEBBCO ENTERPRISES, L.L.C., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In light of the Court's prior orders in this case and the jury's verdict, filed March 6, 2015, it is hereby

**ORDERED** that plaintiff takes nothing on its claims against defendants and this case is **DISMISSED**; and it is further

**ORDERED** that, as the prevailing parties, defendants are entitled to taxable costs pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

It is **SO ORDERED** this 26th day of May 2015.

_____
ROYCE C. LAMBERTH
United States District Judge